**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KOOI, MICHAEL D | § | Case No. 11-85556 |
| KOOI, KELLI M | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/15/2012 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                By:    /s/ STEPHEN G. BALSLEY
                                       Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: KOOI, MICHAEL D | § | Case No. 11-85556 |
| KOOI, KELLI M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,730.00 |
| *and approved disbursements of* | $ 55.93 |
| *leaving a balance on hand of* [1] | $ 6,674.07 |
| **Balance on hand:** | $ 6,674.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,674.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,423.00 | 0.00 | 1,423.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,054.50 | 0.00 | 1,054.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,477.50 |
| Remaining balance: | $ 4,196.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,196.57 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,196.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,110.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,773.32 | 0.00 | 1,764.40 |
| 2 | Alliant Credit Union | 8,635.64 | 0.00 | 2,249.52 |
| 3 | GE Capital Retail Bank | 441.68 | 0.00 | 115.05 |
| 4 | Capital One, N.A. | 259.51 | 0.00 | 67.60 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,196.57 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael D Kooi  
Kelli M Kooi  
    Debtors

Case No. 11-85556-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cbachman     Page 1 of 3     Date Rcvd: Jul 13, 2012  
                      Form ID: pdf006     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2012.
```
db/jdb       +Michael D Kooi,   Kelli M Kooi,   2070 Silver Leaf Drive,   Island Lake, IL 60042-8838
18692117    ++ALLIANT CREDIT UNION,   BANKRUPTCY DEPARTMENT,   11545 W TOUHY AVE,   CHICAGO IL 60666-5000
              (address filed with court: Alliant Credit Union,   11545 W Touhy Avenue,   Chicago, IL  60666)
18320166     #+Alliant Credit Union,   PO Box 60051,   City of Industry, CA 91716-0051
19028467      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18376156     +First Midwest Bank,   c/o Klein, Daday, Aretos,   & O'Donoghue, LLC,
              2550 W. Golf Rd., Suite 250,   Rolling Meadows, IL 60008-4014
18320174     +Harris & Harris,   222 Merchandise Mart Plaza, Suite 1,   Chicago, IL 60654-1103
18320175      Illinois Collection Servive, Inc.,   PO Box 1010,   Tinley Park, IL 60477-9110
18320177     +Lieberman Management Services,   25 Northwest Point Blvd.,   Suite 330,
              Elk Grove Village, IL 60007-1033
18320180      PNC Bank,   PO Box 1820,   Dayton, OH 45401-1820
18335605     +PNC Bank NA,   % Andrew J Nelson,   Pierce & Associates PC,   1 North Dearborn  Ste 1300,
              Chicago, Il 60602-4373
18320182     +WFNNB / Fashion Bug,   PO Box 182789,   Columbus, OH 43218-2789
18320181      Walnut Glen Homeowners Assoc,   Lieberman Mgt. Svcs. Inc.,   PO Box 5723,
              Carol Stream, IL 60197-5723
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18320167     +E-mail/Text: cms-bk@cms-collect.com Jul 14 2012 00:30:25    Capital Management Services LP,
              726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
18320169      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 14 2012 02:58:17    Discover,   PO Box 6103,
              Carol Stream, IL 60197-6103
18647976      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 14 2012 02:58:17    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18320170      E-mail/Text: fmbbankruptcy@firstmidwest.com Jul 14 2012 00:32:13    First Midwest Bank,
              PO Box 9003,   Gurnee, IL 60031-9003
18736710      E-mail/PDF: rmscedi@recoverycorp.com Jul 14 2012 02:58:37    GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18320172     +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2012 03:10:09    GEMB / Walmart,   PO Box 981400,
              C77W,   El Paso, TX 79998-1400
18320173     +E-mail/Text: bknoticing@grantweber.com Jul 14 2012 00:31:29    Grant & Weber Inc.,
              861 Coronaso Center Drive,   Suite 211,   Henderson, NV 89052-3992
18320176      E-mail/Text: bnckohlsnotices@becket-lee.com Jul 14 2012 00:28:12    Kohl's,   PO Box 3115,
              Milwaukee, WI 53201-3115
18320178      Fax: 847-227-2151 Jul 14 2012 01:15:54    Medical Recovery Specialists,
              2250 E. Devon Ave., Ste 352,   Des Plaines, IL 60018-4519
18320179      E-mail/Text: bankrup@nicor.com Jul 14 2012 00:27:49    Nicor Gas,   PO Box 632,
              Aurora, IL 60507-0632
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18320168      Citi Bank
18320171*     First Midwest Bank,   PO Box 9003,   Gurnee, IL 60031-9003
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: cbachman          Page 2 of 3           Date Rcvd: Jul 13, 2012
                              Form ID: pdf006         Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2012**               **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cbachman            Page 3 of 3            Date Rcvd: Jul 13, 2012
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2012 at the address(es) listed below:

        Andrew J Nelson   on behalf of Creditor   PNC Bank, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Bonnie L Macfarlane   on behalf of Debtor Michael Kooi maclawfirm@aol.com
        Jonathan N Rogers   on behalf of Creditor   First Midwest Bank jrogers@skdaglaw.com
        Lydia Y Siu   on behalf of Creditor   PNC Bank, N.A. lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
        Stephen G Balsley   sbalsley@bslbv.com,  IL47@ecfcbis.com
        Stephen G Balsley   on behalf of Trustee Stephen Balsley sbalsley@bslbv.com

        TOTAL: 7