**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KOOI, MICHAEL D § Case No. 11-85556
      KOOI, KELLI M § 
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $436,710.79 *(without deducting any secured claims)* | Assets Exempt: $59,705.79 |
| Total Distribution to Claimants: $4,196.57 | Claims Discharged Without Payment: $155,946.21 |
| Total Expenses of Administration: $2,533.43 | |

    3) Total gross receipts of $ 6,730.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,730.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $588,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,533.43 | 2,533.43 | 2,533.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 162,154.24 | 16,110.15 | 16,110.15 | 4,196.57 |
| **TOTAL DISBURSEMENTS** | $750,154.24 | $18,643.58 | $18,643.58 | $6,730.00 |

4)  This case was originally filed under Chapter 7 on December 30, 2011. The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/15/2012          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Tax Refund | 1224-000 | 6,730.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,730.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citi Bank | 4110-000 | 135,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank | 4110-000 | 125,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 328,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$588,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,423.00 | 1,423.00 | 1,423.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,054.50 | 1,054.50 | 1,054.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.93 | 5.93 | 5.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,533.43** | **$2,533.43** | **$2,533.43** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,773.32 | 6,773.32 | 6,773.32 | 1,764.40 |
| 2 | Alliant Credit Union | 7100-000 | 8,220.29 | 8,635.64 | 8,635.64 | 2,249.52 |
| 3 | GE Capital Retail Bank | 7100-000 | 1,767.00 | 441.68 | 441.68 | 115.05 |
| 4 | Capital One, N.A. | 7100-000 | 1,361.00 | 259.51 | 259.51 | 67.60 |
| NOTFILED | Medical Recovery Specialists | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Lieberman Management Services | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Servive, Inc. | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Walnut Glen Homeowners Assoc Lieberman Mgt. Svcs. Inc. | 7100-000 | 875.02 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 43.24 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB / Fashion Bug | 7100-000 | 188.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management Services LP | 7100-000 | 6,162.37 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris | 7100-000 | 43.24 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Grant & Weber Inc. | 7100-000 | 9,089.99 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank | 7100-000 | 126,130.77 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $162,154.24 | $16,110.15 | $16,110.15 | $4,196.57 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85556  
**Case Name:** KOOI, MICHAEL D  
               KOOI, KELLI M  
**Period Ending:** 11/15/12

**Trustee:**    (330410)    STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/30/11 (f)  
**§341(a) Meeting Date:** 02/02/12  
**Claims Bar Date:** 06/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  3605 Hale Lane, Island Lake, IL 60042 | 127,000.00 | 0.00 | DA | 0.00 | FA |
| 2  2070 Silver Leaf Drive, Island Lake, IL 60042 | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3  40 x 30 strip of vacant land, Lane, Island Lake, | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 4  available cash | 5.00 | 0.00 | DA | 0.00 | FA |
| 5  Chase, checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  Chase, savings | 300.00 | 0.00 | DA | 0.00 | FA |
| 7  Chase, checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 8  Fifth Third Bank, child's account (custodial) | 450.00 | 0.00 | DA | 0.00 | FA |
| 9  all furniture | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10  all clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 11  1 pistol | 150.00 | 0.00 | DA | 0.00 | FA |
| 12  401 (k) Allstate | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 13  401 (k) John Hanncock | 10,405.79 | 0.00 | DA | 0.00 | FA |
| 14  1999 Honda Prelude, 110.000 miles | 500.00 | 0.00 | DA | 0.00 | FA |
| 15  1998 Honda Prelude, 185,000 ,miles | 500.00 | 0.00 | DA | 0.00 | FA |
| 16  1995 Honda Civic, 210,000 miles | 500.00 | 0.00 | DA | 0.00 | FA |
| 17  1998 Dodge Truck 100,000 miles not running | 0.00 | 0.00 | DA | 0.00 | FA |
| 18  2006 Honda Odyssey 78,000 miles | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 19  2011 Tax Refund  (u)  2011 refund (federal) $6,186.00 minus $1,000.00 as American Opportunity Credit.  2011 refund (state) $1,544.00.  Total refund is $6,730.00. | Unknown | 6,730.00 |  | 6,730.00 | FA |
| 19  Assets   Totals (Excluding unknown values) | **$436,710.79** | **$6,730.00** |  | **$6,730.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85556  
**Case Name:** KOOI, MICHAEL D  
KOOI, KELLI M  
**Period Ending:** 11/15/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/30/11 (f)  
**§341(a) Meeting Date:** 02/02/12  
**Claims Bar Date:** 06/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2012        **Current Projected Date Of Final Report (TFR):** July 9, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-85556 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | KOOI, MICHAEL D | | **Bank Name:** | The Bank of New York Mellon |
| | KOOI, KELLI M | | **Account:** | 9200-******10-66 - Checking Account |
| **Taxpayer ID #:** | **-***7975 | | **Blanket Bond:** | $296,000.00  (per case limit) |
| **Period Ending:** | 11/15/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/16/12 | {19} | Attorney Bonnie Macfarlane | 2011 Tax Refund (Federal and State) | 1224-000 | 6,730.00 | | 6,730.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,705.00 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-85556 | 2300-000 | | 5.93 | 6,699.07 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,674.07 |
| 08/15/12 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,054.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,054.50 | 5,619.57 |
| 08/15/12 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,423.00, Trustee Compensation;  Reference: | 2100-000 | | 1,423.00 | 4,196.57 |
| 08/15/12 | 104 | Discover Bank | Dividend paid 26.04% on $6,773.32; Claim# 1; Filed: $6,773.32; Reference: | 7100-000 | | 1,764.40 | 2,432.17 |
| 08/15/12 | 105 | Alliant Credit Union | Dividend paid 26.04% on $8,635.64; Claim# 2; Filed: $8,635.64; Reference: | 7100-000 | | 2,249.52 | 182.65 |
| 08/15/12 | 106 | GE Capital Retail Bank | Dividend paid 26.04% on $441.68; Claim# 3; Filed: $441.68; Reference: | 7100-000 | | 115.05 | 67.60 |
| 08/15/12 | 107 | Capital One, N.A. | Dividend paid 26.04% on $259.51; Claim# 4; Filed: $259.51; Reference: | 7100-000 | | 67.60 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,730.00 | 6,730.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,730.00 | 6,730.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,730.00** | **$6,730.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******10-66 | 6,730.00 | 6,730.00 | 0.00 |
| | **$6,730.00** | **$6,730.00** | **$0.00** |

{} Asset reference(s)